# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32376

————————————

## UNITED STATES
*Appellee*

**v.**

## Joseph R. RAMOS
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 March 2017

————————————

*Military Judge:* J. Wesley Moore (sitting alone).

*Approved sentence:* Bad-conduct discharge and confinement for 40 days. Sentence adjudged 18 December 2015 by SPCM convened at Little Rock Air Force Base, Arkansas.

*For Appellant:* Captain Patricia Encarnación Miranda, USAF.

*For Appellee:* Major Meredith L. Steer, USAF; Gerald R. Bruce, Esquire.

Before DUBRISKE, C. BROWN, and CARRILLO, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court